UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

RENO TECHNOLOGY CENTER 1, L.L.C., a Washington limited liability company

Plaintiff,

vs.

NEW CINGULAR WIRELESS PCS, LLC a Delaware limited liability company; and DOES I-X, inclusive

Defendants.

CASE No. 3:17-cv-00410-LRH-WGC

**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLIES ON PENDING SUMMARY JUDGEMENT MOTIONS**
**(Fourth Request)**

Plaintiff RENO TECHNOLOGY CENTER 1, L.L.C., a Washington limited liability company (hereinafter "Plaintiff"), and Defendant NEW CINGULAR WIRELESS PCS, LLC, a Delaware limited liability company (hereinafter "Defendant") pursuant to Fed. R. Civ. P. 29, LR IA 6-1 and LR II 7-1, hereby stipulate and agree as follows:

**WHEREAS,**

Counsel for Plaintiff and Defendant mutually desire to extend the deadlines for their respective Replies to the parties' pending summary judgment motions, for the reasons that Plaintiff's Counsel has a new baby at home and Defendant's Counsel has a medical crisis in his immediate family;

Both parties have heretofore complied with the deadlines for filing their respective summary judgment motions and the oppositions thereto;

No previous stipulation has extended the time for the parties to file their replies to the pending summary judgment motions;

Counsel mutually desire to extend the deadline for their respective Replies from the current deadline of October 12, 2018 to October 29, 2018;

This stipulation is made by the parties in good faith and not for any improper purpose;

***NOW THEREFORE,*** and good cause appearing, it is hereby stipulated and agreed that the current deadline of October 12, 2018 for filing replies to the pending summary judgment motions is extended to October 29, 2018.

DATED on this 8th day of October, 2018

GUILD, GALLAGHER & FULLER, LTD.

By: _____

John K. Gallagher, Esq.
Nevada State Bar No.956
S. Timothy Summers, Esq.
Nevada State Bar 12258
100 West Liberty Street, Suite 800
P.O. Box 2838
Reno, Nevada 89505
Telephone (775)786-2366
jgallagher@gfltd.com
stsummers@gfltd.com

*Attorneys for Plaintiff*

LAW OFFICE OF STEVEN P. BRAZELTON

By: _____

Steven P. Brazelton Esq.
Nevada State Bar No. 5882
Natalie Huynh, Esq.
Nevada State Bar No. 5997
520 Holcomb Avenue
Reno, NV 89502
Telephone: (775) 826-2380
sbrazelton@brazeltonlaw.com
nataliehyunh2@gmail.com

*Attorneys for Defendant*

IT IS SO ORDERED

DATED this 10th day of October, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2