John K. Gallagher, Esq.
Nevada State Bar No. 956
S. Timothy Summers, Esq.
Nevada State Bar No. 12285
GUILD, GALLAGHER & FULLER, LTD.
100 W. Liberty St., Ste. 800
P.O. Box 2838
Reno, NV 89505
Tele: (775) 786-2366
Fax: (775) 322-9105
jgallagher@ggfltd.com
stsummers@ggfltd.com

*Attorneys for Plaintiff Reno Technology Center 1, L.L.C.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RENO TECHNOLOGY CENTER 1, L.L.C., a Washington limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> NEW CINGULAR WIRELESS PCS, LLC, a Delaware limited liability company; and DOES I-X, inclusive, <br><br> Defendant(s). | Case No. 3:17-cv-00410-LRH-WGC <br><br> <u>STIPULATION AND ORDER TO EXTEND PRETRIAL DEADLINES</u> <br><br> (First Request) |

Plaintiff RENO TECHNOLOGY CENTER 1, L.L.C. ("Reno Tech"), and Defendant NEW CINGULAR WIRELESS PCS, LLC ("Cingular") (collectively "Parties"), pursuant to Local Rules IA 6-1, II 7-1, and II 26-4, hereby stipulate and agree as follows:

*WHEREAS*, pursuant to Fed. R. Civ. P. 26(a)(3), Local Rules II 16-3 and 26-1, and the Discovery Plan and Scheduling Order entered in this matter, the Parties must file a Proposed Joint Pretrial Order after decision of any dispositive motions, and include with the filing their Pretrial Disclosures and any objections. ECF No. 15, at 2:24-3:2.

On February 7, 2019, the Court entered its order denying the Parties' cross-motions for summary judgment. ECF No. 37, at 16. Furthermore, the Court ordered the Parties "[to] submit their proposed joint pretrial order pursuant to Local Rules 16-3 and 16-4 within sixty (60) days of

1 the entry of this order." *Id.* 17.

2 On February 22, 2019, Reno Tech filed its motion for reconsideration of the Court's order, and on August 16, 2019, the Court entered its order denying the motion. ECF Nos. 39, 42. Given the foregoing, the deadline for the Parties to file the Proposed Joint Pretrial Order and their Pretrial Disclosures is October 15, 2019.

6 *WHEREAS*, the Parties are now engaged in good faith efforts to arrange mediation for the resolution of this matter without judicial intervention, and additional time is needed to make those arrangements. Furthermore, in light of these mediation efforts, additional time will also be needed in the event it is necessary for the Parties and their counsel to confer, prepare, coordinate, and file the foregoing pretrial documentation in a cogent, efficient manner for the Court's review and consideration.

12 *WHEREAS*, this is the first stipulation for extension of time to file the Proposed Joint Pretrial Order and Pretrial Disclosures. This stipulation is made by the parties in good faith and not for any improper purpose.

15 // // //
16 // // //
17 // // //
18 // // //
19 // // //
20 // // //
21 // // //
22 // // //
23 // // //
24 // // //
25 // // //
26 // // //
27 // // //
28 // // //

NOW, THEREFORE, and good cause appearing, it is hereby stipulated and agreed as follows:

1. The current deadline for the Parties to file the Proposed Joint Pretrial Order and their Pretrial Disclosures required under Fed. R. Civ. P. 26(a)(3) and any objections, which is set for October 15, 2019, shall be extended for a period of fifty-six (56) days to expire on Tuesday, December 10, 2019.

DATED this 3RD day of October 2019.

| | |
|---|---|
| GUILD, GALLAGHER & FULLER, LTD.<br><br>By: _____<br>John K. Gallagher, Esq.<br>Nevada State Bar No. 956<br>S. Timothy Summers, Esq.<br>Nevada State Bar No. 12285<br>100 W. Liberty St., Ste. 800<br>P.O. Box 2838<br>Reno, NV 89505<br>Tele: (775) 786-2366<br>Fax: (775) 322-9105<br>jgallagher@ggfltd.com<br>stsummers@ggfltd.com<br><br>*Attorneys for Plaintiff Reno Technology Center 1, L.L.C.* | LAW OFFICE OF STEVEN P. BRAZELTON<br><br>By: _____<br>Steven P. Brazelton, Esq.<br>Nevada State Bar No. 5882<br>Nathalie Huynh, Esq.<br>Nevada State Bar No. 5997<br>520 Holcomb Ave.<br>Reno, NV 89502<br>Tele: (775) 826-2380<br>sbrazelton@brazeltonlaw.com<br>nathaliehuynh2@gmail.com<br><br>*Attorneys for Defendant Cingular Wireless PCS, LLC* |

IT IS SO ORDERED:

_William G. Cobb_
**UNITED STATES MAGISTRATE JUDGE**
DATED: October 4, 2019