1  John K. Gallagher, Esq.
   Nevada State Bar No. 956
2  Patrick H. Gallagher, Esq.
   State Bar No. 14875
3  GUILD, GALLAGHER & FULLER, LTD.
   100 W. Liberty St., Ste. 800
4  P.O. Box 2838
   Reno, NV 89505
5  Tele: (775) 786-2366
   Fax: (775) 322-9105
6  jgallagher@ggfltd.com

7  *Attorneys for Plaintiff Reno*
   *Technology Center 1, L.L.C.*

8

9              UNITED STATES DISTRICT COURT

10                  DISTRICT OF NEVADA

11 RENO TECHNOLOGY CENTER 1, L.L.C., a )    Case No. 3:17-cv-00410-LRH-WGC
   Washington limited liability company,  )
12                                         )    STIPULATION AND ORDER TO
                 Plaintiff,                )    EXTEND PRETRIAL DEADLINES
13                                         )
          v.                               )        (Second Request)
14 NEW CINGULAR WIRELESS PCS, LLC, a      )
   Delaware limited liability company; and DOES )
15 I-X, inclusive,                        )
                                           )
16               Defendant(s).             )
   _____)

17

18       Plaintiff RENO TECHNOLOGY CENTER 1, L.L.C. ("Reno Tech"), and Defendant NEW

19 CINGULAR WIRELESS PCS, LLC ("Cingular") (collectively "Parties"), pursuant to Local Rules

20 IA 6-1, II 7-1, and II 26-4, hereby stipulate and agree as follows:

21       *WHEREAS,* pursuant to Fed. R. Civ. P. 26(a)(3), Local Rules II 16-3 and 26-1, and the

22 Discovery Plan and Scheduling Order entered in this matter, the Parties must file a Proposed Joint

23 Pretrial Order after decision of any dispositive motions, and include with the filing their Pretrial

24 Disclosures and any objections. ECF No. 15, at 2:24-3:2.

25       On February 7, 2019, the Court entered its order denying the Parties' cross-motions for

26 summary judgment. ECF No. 37, at 16. Furthermore, the Court ordered the Parties "[to] submit

27 their proposed joint pretrial order pursuant to Local Rules 16-3 and 16-4 within sixty (60) days of

28 the entry of this order." *Id.* 17.

                                    1

1   On February 22, 2019, Reno Tech filed its motion for reconsideration of the Court's order,

2   and on August 16, 2019, the Court entered its order denying the motion. ECF Nos. 39, 42. Given

3   the foregoing, the deadline for the Parties to file the Proposed Joint Pretrial Order and their Pretrial

4   Disclosures is October 15, 2019.

5   The Parties have set mediation for the above-captioned matter to take place on January 15,

6   2020, in a good faith effort to reach a resolution of this matter without judicial intervention.

7   Furthermore, in light of this mediation and the preparation and briefing therefor, additional time

8   will also be needed in the event it is necessary for the Parties and their counsel to confer, prepare,

9   coordinate, and file the foregoing pretrial documentation in a cogent, efficient manner for the

10  Court's review and consideration.

11  This is the second stipulation for extension of time to file the Proposed Joint Pretrial Order

12  and Pretrial Disclosures. This stipulation is made by the parties in good faith and not for any

13  improper purpose.

14  // // //

15  // // //

16  // // //

17  // // //

18  // // //

19  // // //

20  // // //

21  // // //

22  // // //

23  // // //

24  // // //

25  // // //

26  // // //

27  // // //

28  // // //

1       *NOW, THEREFORE*, and good cause appearing, it is hereby stipulated and agreed as

2   follows:

3       1.    The current deadline for the Parties to file the Proposed Joint Pretrial Order and

4   their Pretrial Disclosures required under Fed. R. Civ. P. 26(a)(3) and any objections, which was

5   set for October 15, 2019, and which was extended for a period of fifty-six (56) days to December

6   10, 2019, shall be extended for a period of Sixty-Six (66) days to expire on Friday, February 14,

7   2020.

8       DATED this _3rd_ day of December 2019.

9   GUILD, GALLAGHER & FULLER,         LAW OFFICE OF STEVEN P.
    LTD.                         BRAZELTON

10

11  By: _____    By: _____

12  John K. Gallagher, Esq.             Steven P. Brazelton, Esq.
   Nevada State Bar No. 956           Nevada State Bar No. 5882

13  Patrick H. Gallagher, Esq.          Nathalie Huynh, Esq.
   Nevada State Bar No. 14875        Nevada State Bar No. 5997

14  100 W. Liberty St., Ste. 800        520 Holcomb Ave.
   P.O. Box 2838                  Reno, NV 89502

15  Reno, NV 89505                 Tele: (775) 826-2380
   Tele: (775) 786-2366           sbrazelton@brazeltonlaw.com

16  Fax: (775) 322-9105            nathaliehuynh2@gmail.com
   jgallagher@ggfltd.com

17  *Attorneys for Plaintiff Reno*       *Attorneys for Defendant Cingular*
     *Technology Center 1, L.L.C.*     *Wireless PCS, LLC*

18

19

20                    IT IS SO ORDERED:

21

22                    _William G. Cobb_

23                    **UNITED STATES MAGISTRATE JUDGE**

24                    DATED: _December 6, 2019_

25

26

27

28