1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

11

DISTRICT OF NEVADA

12

13

14

15

16

17

| | |
|---|---|
| RENO TECHNOLOGY CENTER 1, L.L.C., a Washington limited liability company,<br><br>Plaintiff,<br><br>     v.<br><br>NEW CINGULAR WIRELESS PCS, LLC, a Delaware limited liability company; and DOES I-X, inclusive,<br><br>Defendant(s). | Case No. 3:17-cv-00410-LRH-WGC<br><br><u>STIPULATION AND ORDER FOR</u><br><u>DISMISSAL WITH PREJUDICE</u> |

18

19

20

Plaintiff RENO TECHNOLOGY CENTER 1, L.L.C. ("Reno Tech"), and Defendant NEW CINGULAR WIRELESS PCS, LLC ("Cingular") (collectively "Parties"), hereby stipulate and agree as follows:

21

22

23

24

*WHEREAS*, on January 24, 2020, the Parties entered into a Confidential Settlement Agreement ("Settlement Agreement") with regard to the above-captioned matter, and this stipulation is made by the Parties in good faith and not for purposes of delay or for other improper purpose.

25

26

*NOW, THEREFORE*, good cause appearing, it is hereby stipulated and agreed by and between the undersigned on behalf of their clients as follows:

27

/ / /

28

/ / /

1

1.     The Parties hereby dismiss the above-captioned matter, in its entirety, with prejudice.

2.     Except as otherwise set forth in the Settlement Agreement, each party shall bear its own fees and costs incurred.

DATED this 1st day of June, 2020.

DATED this 1st day of June, 2020.

GUILD, GALLAGHER & FULLER, LTD.

LAW OFFICE OF STEVEN P. BRAZELTON

By:     /s/ John K. Gallagher
John K. Gallagher, Esq.
Nevada State Bar No. 956
Patrick H. Gallagher, Esq.
Nevada State Bar No. 14875
100 W. Liberty St., Ste. 800
P.O. Box 2838
Reno, NV 89505
Tele: (775) 786-2366
Fax: (775) 322-9105
jgallagher@ggfltd.com
pgallagher@ggfltd.com

*Attorneys for Plaintiff Reno
Technology Center 1, L.L.C.*

By:     /s/ Steven P. Brazelton
Steven P. Brazelton, Esq.
Nevada State Bar No. 5882
Nathalie Huynh, Esq.
Nevada State Bar No. 5997
520 Holcomb Ave.
Reno, NV 89502
Tele: (775) 826-2380
sbrazelton@brazeltonlaw.com
nathaliehuynh2@gmail.com

*Attorneys for Defendant Cingular
Wireless PCS, LLC*

IT IS SO ORDERED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED this 2nd day of June, 2020.